IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUMPKIN WILLIAMS,

        Plaintiff,            CV F 07 1379 AWI WMW PC

    vs.                    ORDER RE MOTION (DOC 13)

DR. SALAHUDDIN, et al.,

        Defendants.

On May 20, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint.  On May 19, 2008, Plaintiff filed a motion for extension of time in which to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The May 20, 2008, recommendation of dismissal is vacated.

2.  Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   June 11, 2008**                  **/s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

1